FILED
June 12, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>LEON CURRIE FIELDS, JR.,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00118-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release, LEON CURRIE FIELDS, JR., Case No. 2:15-cr-00118-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　___ 　Release on Personal Recognizance

　_X_ 　Bail Posted in the Sum of: $50,000.00

　　　_X_ 　Co-Signed Unsecured Appearance Bond

　　　___ 　Secured Appearance Bond

　　　_X_ 　(Other) Conditions as stated on the record.

　　　_X_ 　(Other) The bond paperwork to be filed by 6/16/2015.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/12/2015  at  2:14 p.m.

　　　　　　　　　　　　　　　　　　　　By  _/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　　　Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge