Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Leon Fields

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-0118 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR MODIFICATION OF |
| | ) | DEFENDANT FIELDS'S CONDITIONS |
| | ) | OF PRE-TRIAL RELEASE |
| v. | ) | |
| | ) | |
| LEON FIELDS, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Paul Hemesath, Esq. and Defendant Leon Fields through his attorney Philip Cozens, Esq., that:

    The United States Attorney's Office, Defendant, and Pretrial Services are in agreement to modify the home detention condition of Defendant's pre-trial release such that such condition is replaced by a Curfew.   All other conditions of release shall remain in full force and effect.  The conditions of Defendant Field's pre-trial release will be modified as follows:

**<u>AMENDED SPECIAL CONDITIONS OF RELEASE</u>**
                                                  **Re: Fields, Leon Currie, Jr.**
                                                  **No.: 2:15-CR-0118 MCE**
                                                  **Date: December 2, 2015**

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING     -1-

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
8. You shall refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;
9. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer.  You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;
10. You shall not associate or have any contact with any co-defendants named in the Indictment unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
12. You shall not operate a motor vehicle unless properly licensed; and,
13. **You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;**

**CURFEW: You shall remain inside your residence every day from 11:00 p.m. to 11:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

//
//
//

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING     -2-

| | |
|---|---|
| 1 | It is so stipulated. |
| 2 | Dated: December 2, 2013 |

/s/ Paul Hemesath, Esq.
Paul Hemesath, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant Leon Fields

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that Defendant Field's conditions of pre-trial release are modified as stated in the stipulation attached to this order.

Dated:  February 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING    -3-