Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Leon Fields

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR—00118 MCE |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | DECLARATION OF LEON FIELDS |
|  | ) | IN SUPPORT OF STIPULULATION |
| v. | ) | FOR ORDER TO ALLOW TRAVEL |
|  | ) | TO FRESNO TO VISIT GIRLFRIEND'S |
| LEON FIELDS, | ) | INVALID FATHER |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

   I, LEON FIELDS, have personal knowledge of the matters set forth in this Declaration in Support of Order to Allow Travel to Fresno to Visit Girlfriend's Invalid Father and if called to testify, could and would truly testify as follows:

   1. I am a defendant in the above-entitled case.  The magistrate released me to be supervised by Pre-Trial Services.  Pre-Trial Services has confined me to my house except when I work.  I have an electronic monitor attached to my ankle.  I have curfew time from 11:00 p.m. to 11:00 a.m. every night.

   2. I have a long-term girlfriend Panea Ramirez.  We have been in a romantic relationship for a year and we live together.  We intend to marry on July 16, 2016.

3. Panea Ramirez's father, Leon Pow lives at 5595 N. Olinda Avenue, Fresno California 93722. He is suffering from Alzheimer's disease and dementia. I have never met him, but he would like to meet with me because I intend to marry his daughter. Panea and I have arranged to visit him on February 27, 2016.

4. He is unable to drive to Sacramento because of his disease and he is eighty-six years old.

5. I would like a pass to leave Sacramento at 7:00 a.m. on February 27, 2016 to drive to Fresno to visit with Leon Pow and return by midnight February 27, 2016.

6. I will check-in with Pre Trial Services on February 29, 2016—the first business day after my visit to Fresno.

I declare under penalty of perjury, pursuant to the laws of the state of California, that the foregoing is true and correct.

Executed this 26th of February, 2016 in Sacramento, Sacramento County, California.

/s/ Leon Fields_____

Leon Fields

It is stipulated between the United States Attorney, by its attorney Paul Hemesath, Assistant United States Attorney and Defendant Leon Fields, through his attorney Philip Cozens that Defendant may leave Sacramento on February 27, 2016 at 7:00 a.m. to drive to arrive in Fresno at Leon Pow's residence 5595 N. Olinda Avenue, Fresno; to stay and visit with Leon Pow and then to return to Sacramento, arriving before midnight on February 27, 2016

It is so stipulated.

Dated: February 24, 2016

____/s/ Paul Hemesath, Esq._____        _____/s/ Philip Cozens_____
Paul Hemesath                            Attorney for Defendant
Assistant United States Attorney         Leon Fields

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that Defendant Fields' may travel from Sacramento at 7:00 a.m. on February 27, 2016, to arrive in Fresno at Leon Pow's residence 5595 N. Olinda Avenue, Fresno; to stay and visit with Leon Pow and then to return to Sacramento, arriving before midnight on February 27, 2016.

Dated: February 26, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE