Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Leon Fields

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 2:15-CR-0118 GEB |
|                                  ) | |
|         Plaintiff,               ) | STIPULATION FOR CONTINUANCE |
|                                  ) | OF STATUS CONFERENCE AND |
|                                  ) | PROPOSED ORDER |
|         v.                       ) | |
|                                  ) | |
| LEON FIELDS, et al.              ) | |
|                                  ) | |
|         Defendants.              ) | |
| _____)  | |

     It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Paul Hemesath , Esq. and Defendant Leon Fields through his attorney Philip Cozens, Esq., that:

     The Status Conference currently scheduled for June 15, 2018 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for August 3, 2018 at 9:00 a.m. in Judge Burrell's Court.  The stipulated continuance is necessary because Defendant Leon Fields's attorney requires additional time to finalize negotiations for a plea agreement with the Government.

     Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from June 15, 2018 through and including August 3, 2018.

It is so stipulated.

Dated: June 14, 2018          /s/ Paul Hemesath, Esq.
                                      Paul Hemesath, Esq.
                                      Assistant United States Attorney
                                      Eastern District of California


                                      /s/ Philip Cozens
                                      Philip Cozens
                                      Attorney for Defendant Leon Fields

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for June 15, 2018 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for August 3, 2018 at 9:00 a.m. in Judge Burrell's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from June 15, 2018 through and including August 3, 2018.

Dated: June 14, 2018

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge